UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DONNY A. SINKOV, et. al,

               Plaintiffs

- against -

JOSEPH F. VASATURO, et. al,
               Defendant.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  4/22/09
```

07 CV 02866 (RPP)

**ORDER**

**ROBERT P. PATTERSON, JR., U.S.D.J.**

      The Parties are ordered to appear before this Court for a status conference on

Tuesday,  April 28, 2009 at 10:00 a.m.


      IT IS SO ORDERED.

Dated:  New York, New York
       April 22 2009

                                    Robert P. Patterson, Jr.

                                        U.S.D.J.

1

Copies of this order were faxed to:

*Attorney for Plaintiffs*
Kim Patricia Berg
Lovett & Gould
222 Bloomingdale Road- Suite 305
White Plains, New York 10605
Fax: 914-428-8916

*Attorney for Defendants*
Lewis R. Silverman
Rutherford & Christie, LLP
369 Lexington Avenue- 8th Floor
New York, NY 10017
Fax: 212-599-5162

*Attorney for Defendant*
Wilson Elser, Moskowitz Edelman & Dicker LLP
3 Gannett Drive
White Plains, New York 10604
Fax: 914-323-7001